**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JASON A. DROUGHT                                   Case Number: 07-72604
        5533 SEDGEWAY DRIVE               SSN-xxx-xx-7263
        ROCKFORD, IL  61103

                                                Case filed on:      10/25/2007
                                                Plan Confirmed on:  1/18/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,454.34     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 003 | HSBC MORTGAGE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JASON A. DROUGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HARRIS BANK NA | 15,000.00 | 15,000.00 | 981.30 | 1,072.38 |
| 002 | HSBC MORTGAGE CORPORATION (USA) | 7,157.17 | 7,157.17 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY TREASURER | 4,108.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 26,265.17 | 22,157.17 | 981.30 | 1,072.38 |
| 001 | HARRIS BANK NA | 2,590.12 | 2,590.12 | 0.00 | 0.00 |
| 005 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,590.12 | 2,590.12 | 0.00 | 0.00 |
|  | Grand Total: | 31,855.29 | 27,747.29 | 3,981.30 | 1,072.38 |

Total Paid Claimant:        $5,053.68
Trustee Allowance:          $400.66           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2009        By  /s/Heather M. Fagan